SEYFARTH SHAW LLP
Jennifer R. Brooks (SBN 305219)
jrbrooks@seyfarth.com
Alice M. Hodsden (SBN 340796)
ahodsden@seyfarth.com
601 South Figueroa Street
Suite 3300
Los Angeles, CA 90017-5793
Telephone:  (213) 270-9600
Facsimile:  (213) 270-9601

*Counsel for Defendant*
*Equifax Information Services LLC*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASMINE CHINEYERE ADAMS F/K/A NELLY C. OSUJI,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; TRANSUNION, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendants. | Case No. 2:23-cv-01538-DJC-AC<br><br>**ORDER GRANTING SECOND STIPULATION FOR EXTENSION OF TIME**<br><br><br>Judge**:  Daniel J. Calabretta**<br><br>Mag.**:  Allison Claire** |

Having reviewed and considered the Parties' Second Stipulation for Extension of Time for Defendant Equifax Information Services LLC to Respond to the Complaint, and upon good cause shown, it is hereby **ORDERED** that the Defendant Equifax Information Services LLC shall have up to and including November 24, 2023 in which to respond to Plaintiff's Complaint.

**SO ORDERED**, this 27th day of October, 2023.


Dated:  October 27, 2023

/s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

305731272v.1