1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JASMINE ADAMS AKA NELLY J. OSUJI,**<br><br>Plaintiff,<br><br>v.<br><br>**EQUIFAX INFORMATION SERVICES, LLC AND EXPERIAN INFORMATION SERVICES, LLC.,** | Case No.: 2:23-cv-01538-DJC-AC<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND THE DEADLINE TO DISMISS DEFENDANT EQUIFAX INFORMATION SERVICES, LLC** |

The Court has reviewed the Joint Motion to Extend the Deadline to Dismiss the Case filed by Plaintiff Jasmine Adams AKA Nelly J. Osuji and Defendant EQUIFAX INFORMATION SERVICES, LLC. Pursuant to the Stipulation of the parties, and for good cause, it is hereby ordered that the Parties, have an extension of time up to and including August 21, 2024, within which to file dismissal documents.

**IT IS SO ORDERED**.

Dated:  May 22, 2024                           /s/ Daniel J. Calabretta
                                               THE HONORABLE DANIEL J. CALABRETTA
                                               UNITED STATES DISTRICT JUDGE