# UNITED STATES DISTRICT COURT
# FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JASMINE ADAMS AKA NELLY J. OSUJI,**<br><br>Plaintiff,<br><br>v.<br><br>**EQUIFAX INFORMATION SERVICES, LLC AND TRANS UNION, LLC,**<br><br>Defendants. | **Case No.:** 2:23-cv-01538-DJC-AC<br><br>*HON. DANIEL J. CALABRETTA*<br>*HON. MAG. ALLISON CLAIRE*<br><br>**ORDER OF DISMISSAL PURSUANT TO FRCP 41(A)(1)(A)(II)** |

///

///

///

///

///

///

///

**ORDER OF DISMISSAL**

Pursuant to the Stipulation of the parties under FRCP 41(a)(1)(A)(ii), IT IS ORDERED THAT all claims and causes of action be dismissed WITH prejudice as to Defendant EQUIFAX INFORMATION SERVICES, LLC and TRANS UNION, LLC, only, with each party bearing that party's own attorneys' fees and costs. The Court hereby retains ancillary jurisdiction to enforce the Settlement Agreement between the Parties, the terms of which are incorporated herein, for a period of twelve (12) months from the date of this Order.

Dated: August 21, 2024

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE