**The Cardoza Law Corporation**
Michael F. Cardoza, Esq. (SBN: 194065)
Mike.Cardoza@cardozalawcorp.com
Lauren B. Veggian, Esq. (SBN: 309929)
Lauren.Veggian@cardozalawcorp.com
548 Market St., #80594
San Francisco, CA 94104
Telephone:    (415) 488-8041
Facsimile:    (415) 651-9700

**KAZEROUNI LAW GROUP, APC**
Ryan L. McBride (SBN: 297557)
ryan@kazlg.com
2221 Camino Del Rio S., #101
San Diego, CA 92108
Telephone:    (800) 400-6808
Facsimile:    (800) 520-5523

*Attorneys for Claimant*,
JASMINE ADAMS

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JASMINE CHINEYERE ADAMS F/K/A NELLY C. OSUJI,**<br><br>Claimant,<br><br>v.<br><br>**EQUIFAX INFORMATION SERVICES, LLC.; TRANSUNION, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.**<br><br>Respondents. | Case No.:  2:23-cv-01538-DJC-AC<br><br>**ORDER** |

///

///

///

**ORDER**

Pursuant to Plaintiff JASMINE CHINEYERE ADAMS F/K/A NELLY C. OSUJI ("Plaintiffs") and Defendant EXPERIAN INFORMATION SOLUTIONS, INC. ("Experian") stipulation, the Court dismisses Experian and the entire case with prejudice. Each Party shall bear their own attorney's fees and costs.

Dated:  October 28, 2025         /s/ Daniel J. Calabretta
                                 THE HONORABLE DANIEL J. CALABRETTA
                                 UNITED STATES DISTRICT JUDGE

**ORDER**